UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MERYL POMPONIO,

        Plaintiffs,

   v.

ANH XUAN LY, et al.,

        Defendants.

Case No. 21-cv-02954-SI   (SI)

**ORDER TO SHOW CAUSE**

This ADA action was filed on April 23, 2021. In accordance with this Court's order dated April 23, 2021, the parties must have completed a joint inspection of the premises by approximately August 7, 2021, and, if they had needed services of a mediator, the parties must have requested same by approximately September 15, 2021. Had a mediation been conducted but unsuccessful, the parties were obliged to seek a Case Management Conference within 7 days of the conclusion of mediation.

Since the defendants' answers were filed in August, 2021, nothing has been filed by the parties. In particular, no requests have been made to extend any of the mandatory deadlines in the April 23, 2021 order, nor was any Notice of Need for Mediation filed.. Hence, the Court must assume that the matter has been satisfactorily resolved by the parties.

Accordingly, the plaintiff Meryl Pomponio is **ORDERED TO SHOW CAUSE, by writing filed no later than January 28, 2022**, why this this action should not be dismissed as moot.

**IT IS SO ORDERED.**

Dated: January 11, 2022

_____
SUSAN ILLSTON
United States District Judge